## SMITH *et al.* v. TYLER *et al.,* appellants.

### *Trial — nonsuit — Custom.*

Plaintiffs, in their complaint, claimed to have been employed by the defendants as brokers, to sell a vessel. On the trial, plaintiffs failed to show original employment or a ratification of their acts done without authority. *Held,* that plaintiffs should have been nonsuited.

It was claimed by the plaintiffs that it was customary when a vessel was sold through the intervention of a broker, for the seller to pay a commission. *Held,* that if defendants were ignorant of this custom they would not be bound by it.

APPEAL from a judgment in favor of plaintiffs, entered upon the verdict of a jury.

*E. H. Benn,* for appellants.

*Richard H. Huntley,* for respondents.

BARNARD, P. J.

The head-note states fully the matters passed upon in the opinion, which it is believed unnecessary to publish at length.

*Judgment reversed, and new trial granted.*